# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAKARIA AL-BAIDANY, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Civil Action No. 05-02380 (CKK) ) |
| BARACK H. OBAMA, *et al.,* | ) ) |
| Respondents. | ) ) ) ) |

## [~~PROPOSED~~] ORDER ~~GRANTING~~ *DENYING* PETITIONER'S MOTION TO RECONSIDER

Petitioner's Motion to Reconsider Transfer to Chief Judge Lamberth is ~~GRANTED. This Court will retain both the Motion for Access and the Motion to Refer.~~ *DENIED.*

SO ORDERED.

_____8/7/12_____
Date

~~Honorable Colleen Kollar-Kotelly~~
Royce C. Lamberth
United States District Court Judge

1